UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN BOYD MORROW,** : | |
| Plaintiff : | |
| v. : | CIVIL ACTION NO. 3:17-1370 |
| **TRINITY SERVICES GROUP, INC.,** : | (JUDGE MANNION) |
| et al. | |
| Defendants : | |

# O R D E R

For the reasons set forth in the memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss, filed on behalf of Defendants, Warden William Bechtold, Deputy Warden James Sullen and Deputy Warden Michelle Weller, (Doc. 17), is **GRANTED**.

2. The Clerk of Court is directed to terminate the above named Defendants from the instant action.

3. On, or before, **July 31, 2018**, Plaintiff shall provide full names and addresses for the remaining Defendants.[1]

---

[1]By Order dated November 2, 2017, the Court directed the Clerk of Court to serve a copy of the Complaint, Notice of Lawsuit and Request to Waive Service of Summons, and Waiver of the Service of Summons on each Defendant. (Doc. 8). On November 15, 2017, the Waiver of Service was returned unexecuted, as to Defendant Wanda. (Doc. 11). No other waivers have been returned on behalf of the remaining Defendants.

1

4. Failure to provide full names and valid addresses at which Defendants may be served, will result in the remaining Defendants being dismissed from the above captioned action, pursuant to Fed.R.Civ.P. 4(m), and the action will be dismissed pursuant to Fed.R.Civ.P. 41(b), for Plaintiff's failure to prosecute.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:** July 18, 2018
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1370-01-ORDER.wpd