# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN BOYD MORROW,** | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 3:17-1370 |
| **TRINITY SERVICES GROUP, INC.,** et al. | : (JUDGE MANNION) |
| Defendants | : |

## O R D E R

For the reasons set forth in the memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The complaint against Defendants Trinity Services Group, Inc.; Karen, Wanda, Sue and Deb Jones, Trinity Food Services Group employees; and Nurses Crystal Kenndy and Sierra Helser are **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See Fed.R.Civ.P. 4(m)

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   June 27, 2019**
17-1370-02-ORDER

1